UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Great American Insurance Company,

                Plaintiff,                           20 Civ. 6327 (AEK)

     -against-                           **ORDER**

Ceasefire Protection,

                Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has been informed, via e-mail, that the parties have reached a settlement in principle in this matter. Accordingly, the settlement conference scheduled for Tuesday, October 5, 2021 is **CANCELLED**, and it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within sixty (60) days of this Order. Any application to reopen that is filed after sixty (60) days from the date of this Order may be denied solely on that basis.

Dated:  October 4, 2021
           White Plains, New York

                                                                ANDREW E. KRAUSE
                                                                 United States Magistrate Judge